No. 87. VAN HOFF ET AL. *v.* REDEVELOPMENT AGENCY OF THE CITY AND COUNTY OF SAN FRANCISCO ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied. THE CHIEF JUSTICE took

898

no part in the consideration or decision of this application. *Martin J. Jarvis* for petitioners. *Dion R. Holm* and *John Elmer Barricklo* for respondents.